# UNITED STATES DISTRICT COURT
## for the
### Western District of New York

United States of America

v.

BRANDON PRITCHETT

Date of Previous Judgment or
Last Sentencing Reduction    4/9/09
(Use Date of Last Order of the Court)

)
)
)   Case No: 04-CR-6157
)   USM
)   No:    12446-055
)
)   Mary Beth Covert, A.F.P.D.
   Defendant's Attorney

*FILED OCT 2 7 2011 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY (stamp)*

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   X   the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. §3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

     ☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment or sentencing reduction issued)* of    84      months **is reduced to**   70 months    .

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Previous Offense Level: | 25 | | | Amended Offense Level: | 23 | | |
| Criminal History Category: | IV | | | Criminal History Category: | IV | | |
| Previous Guideline Range: | 84 | to 105 | months | Amended Guideline Range: | 70 | to 87 | months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X   The reduced sentence is within the amended guideline range.

☐   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐   Other *(explain)*:    Effective November 1, 2011, the defendant will have served 70 months and 8 days, therefore, the defendant is sentenced to time served and is eligible for immediate release.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated    4/9/09    shall remain in effect.

**IT IS SO ORDERED.**

Order Date:    October 27, 2011

*Charles J Siragusa (signature)*
Judge's signature

Effective Date:    November 1, 2011
     *(if different from order date)*

Hon. Charles J. Siragusa
*Printed name and title*